IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGHAN GIOFFE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*,<br><br>Defendants. | No. 1:22-cv-00193-NLH-AMD<br><br>Motion Date: September 6, 2022 |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER
PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**

Plaintiffs Meghan Gioffe, Melissa Anido, and Alan Wurzelbacher ("Plaintiffs"), individually and on behalf of all other similarly situated, moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the Settlement; (2) conditionally certifying the proposed Settlement Class for settlement purposes; (3) conditionally appointing Plaintiffs as the Settlement Class Representatives and Plaintiffs' Counsel, Lawrence Deutsch and Abigail Gertner of Berger Montague PC, as Settlement Class Counsel; (4) approving the Parties' proposed Class Notice form and plan for disseminating the Class Notice; (5) conditionally appointing Angeion Group, as the Settlement

Claim Administrator; (6) setting deadlines for the filing of any objections to, or requests for exclusion from, the Settlement, and for other submissions in connection with the Settlement approval process; and (7) setting a Final Fairness Hearing date and briefing schedule for Final Approval of the Settlement and Plaintiffs' application for service awards and attorneys' fees and expenses.

With this motion, Plaintiffs submit copies of the fully executed Settlement Agreement. The following Exhibits are appended to the Settlement Agreement, which is attached to the Declaration of Lawrence Deutsch as Exhibit 1:

- Exhibit A, proposed Claim Form
- Exhibit B, proposed Preliminary Approval Order
- Exhibit C, Vehicle Identification Number List
- Exhibit D, Recall 90S9
- Exhibit E, proposed Class Notice

As reflected in the Settlement Agreement, the parties want to compromise and settle all issues and claims relating to the allegations made in this action on behalf of all members of the proposed Class. Plaintiffs' proposed settlement will fully compensate members of the proposed class who had to pay out of pocket for repairs related alleged defected nature of the Settlement Class Vehicles, for which Defendant issued a recall.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the proposed Preliminary Approval Order, which is attached as Exhibit B to the Settlement Agreement.

Dated: August 9, 2022

Respectfully submitted,

By:*/s/Lawrence Deutsch*
Lawrence Deutsch (NJ Bar No. 34971986)
Abigail J. Gertner (NJ Bar. No. 019632003)
**BERGER MONTAGUE PC**
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3062
ldeutsch@bm.net
agertner@bm.net

*Attorneys for Plaintiffs and the Proposed Class and SubClasses*