# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGHAN GIOFFE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*,<br><br>Defendants. | No. 1:22-cv-00193-NLH-AMD<br><br>**PLAINTIFFS' MOTION FOR AN ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Meghan Gioffe, Melissa Anido, and Alan Wurzelbacher ("Plaintiffs"), individually and on behalf of all others similarly situated, move this Court pursuant to Federal Rule of Civil Procedure 23 for an Order and Judgment granting final approval of the parties' proposed class action settlement ("Settlement") as set forth in the Amended Settlement Agreement (ECF No. 29-2).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this the Court's Order Granting Preliminary Approval of Class Action Settlement (ECF No. 28) ("Preliminary Approval Order"), and the Stipulation and Order to Modify and Amended the Class Settlement, Preliminary Approval Order, and Associated Timetable Concerning This Preliminarily Approved Class Action Settlement. (ECF No. 30) ("Preliminary Approval Modification Order").

The motion is based on the accompanying Memorandum of Law and the authorities cited therein, the declaration of Lawrence Deutsch, the Amended Settlement Agreement, and all files, records, and proceedings in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion and enter the proposed Order and Judgment filed contemporaneously herewith.

Dated: April 7, 2023                    Respectfully submitted,

/s/ Lawrence Deutsch
Lawrence Deutsch (NJ Bar No. 34971986)
Abigail J. Gertner (NJ Bar No. 019632003)
**BERGER MONTAGUE PC**
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3062
ldeutsch@bm.net
agertner@bm.net

*Attorneys for the Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Lawrence Deutsch*_____
Lawrence Deutsch
