IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGHAN GIOFFE, *et al.*, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*, <br><br> Defendants. | No. 1:22-cv-00193-NLH-AMD <br><br> Motion Date: June 20, 2023 |

**DECLARATION OF LAWRENCE DEUTSCH IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF ATTORNEY'S FEES, EXPENSES, AND CLASS REPRESENTATIVES' SERVICE AWARDS**

I, Lawrence Deutsch, hereby declare as follows:

1. I am an attorney duly license to practice law before all of the courts of the Commonwealth of Pennsylvania and the State of New Jersey as well as before the United State Court of Appeals for the First, Second, Third, Fourth, and Ninth Circuits, the United States District Court of the Eastern District of Pennsylvania, and the United States Court of Federal Claims.

2. I am a Shareholder of Berger Montague PC ("Berger"), one of the counsel of record ("Class Counsel") for Plaintiffs Meghan Gioffe, Melissa Anido, and Alan Wurzelbacher ("Plaintiffs"). I submit this declaration in support of Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement

pursuant to Federal Rules of Civil Procedure 23, for an Order and Judgment: (1) granting final approval of the parties' proposed class action settlement; (2) granting final appointment of Meghan Gioffe, Melissa Anido and Alan Wurzelbacher as Settlement Class Representatives, Berger Montague PC as Settlement Class Counsel and Angeion Group ("Angeion" or "Claims Administrator") as Settlement Claim Administrator, (3) directing the implementation of the Settlement in accordance with the terms and conditions of the Settlement Agreement, (4) granting class certification for settlement purposes only, and (5) dismissing the Action with prejudice upon the Effective Date.

3. I also submit this declaration in support of Plaintiffs' Motions for Final Approval of Class Action Settlement and Approval of Attorney's Fees, Expenses, and Class Representatives Service Awards pursuant to Federal Rules of Civil Procedure 23 Order awarding: (1) attorneys' fees and expenses in the amount of $490,000 to Class Counsel; and (2) a service award in the amount of $5,000 to each Plaintiff as the named Class Representatives.

**A.     Status of Notice Program**

4. Following the preliminary approval of the settlement on October 24, 2022, *see* ECF No. 28, and the amended settlement agreement on January 31, 2023, *see* ECF No. 30, Class Counsel and Angeion Group, the settlement administrator, caused the notice to be mailed on March 21, 2023.

5. Class Notice was mailed to approximately 460,073 Class Members on March 21, 2023 via first class mail. Settlement Class Members were located based on the Settlement Class Vehicles' VINs (vehicle identification numbers) and using the services of IHS/Polk. IHS/Polk obtained vehicle ownership histories through state DMV title and registration records, thereby identifying the names and addresses of record of the Settlement Class Members. Angeion then checked the provided address against current U.S. Postal Service software and/or the National Change of Address Database. *See* Declaration of Jenny Shawver ("Shawver Decl.") at Angeion, at ¶10-12, attached hereto as **Exhibit A**.

6. In addition, for any individual mailed Notice that was returned as undeliverable, Angeion re-mailed the Notice to any provided forwarding address. For any undeliverable notice packets where no forwarding address was provided, Angeion performed an advanced address search (e.g., a skip trace) and re-mailed any undeliverable Class Notice packets to the resultant new and current addresses located. There were 1,345 re-mailed Notices. *Id.* at ¶13.

7. Angeion also established a dedicated Settlement website, GCMSettlement.com, which includes details about the lawsuit, the Settlement and its benefits, and the Settlement Class Members' legal rights and options including objecting to or requesting to be excluded from the Settlement and/or not doing anything; instructions on how and when to submit a claim for reimbursement;

instructions on how to contact the Claim Administrator by e-mail, mail or (toll-free) telephone; copies of the Class Notice, Claim Form, the Amended Settlement Agreement, Motions and Orders relating to the Preliminary and Final Approval processes and determinations, and important submissions and documents relating thereto; important dates pertaining to the Settlement including the procedures and deadlines to opt-out of or object to the Settlement, the procedure and deadline to submit a claim for reimbursement, and the date, place and time of the Final Fairness Hearing; and answers to Frequently Asked Questions (FAQs). The Settlement website and toll-free information line went live on March 21, 2023 and, to date, the Settlement website has received 2,294 website visits by 1,725 unique users totaling 4,717 pageviews. *Id*. at ¶14.

8. Pursuant to 28 U.S.C. § 1715, the Class Action Fairness Act of 2005, Angeion also provided timely notice to the U.S. Attorney General and the applicable State Attorneys General ("CAFA Notice") so that they may review the proposed Settlement and raise any comments or concerns to the Court's attention prior to final approval. *Id.* at ¶6. To date, neither the U.S. Attorney General nor any of the State Attorneys General have raised any comments or concerns regarding the Settlement.

9. As of the date of this Declaration, no Class Member has objected to the Settlement. Further, as of the date of this Declaration, we have received twelve

requests for exclusion from the Settlement. A full list of the exclusion requests will be provided to the Court by May 24, 2023.

10. Angeion will continue to provide periodic reports to Class Counsel to present the most up to date information regarding contact from Settlement Class Members.

### B. Berger's Lodestar and Expenses

11. Below is a summary of the time spent by Berger's attorneys and other professionals on this action, and the lodestar calculation is based on the firm's billing rates currently in effect. This summary was prepared at my request from contemporaneous daily time records regularly prepared and maintained by Berger, which are available for *in camera* review at the request of the Court.

12. The time reflected below was time actually spent in the prosecution of this case by Berger attorneys and staff. Berger and the other Class Counsel were careful not to expend unnecessary hours and not to duplicate work done by others. The time submitted herein reflects only work done on behalf of the Class.

13. My colleagues and I at Berger have reviewed the billing records that Berger maintained in this case, ensuring that none of the work reflected on the billing records was redundant or duplicative. As of the present, the total number of recorded hours spent on this litigation by Berger is 404.2, and the lodestar amount for attorney

and support staff time, based on the firm's current rates, is $268,586.50. A breakdown of Berger's lodestar is reflected below:

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Deutsch, Lawrence | Shareholder | 161.50 | $875.00 | $141,400.00 |
| Paul, Russell | Shareholder | 1.0 | $875.00 | $875.00 |
| Gertner, Abigail | Senior Counsel | 104.4 | $700.00 | $73,080.00 |
| Lesser, Natalie | Senior Counsel | 19.00 | $595.00 | $11,305.00 |
| Osterwise, Jeff | Senior Counsel | 2.2 | $675.00 | $1,485.00 |
| Park, Amey | Associate | 3.90 | $610.00 | $2,379.00 |
| Wolfinger, Caitlin | Paralegal | 31.50 | $375.00 | $11,812.50 |
| Hamel, Dirk | Paralegal | 2.0 | $375.00 | $750.00 |
| Hamner, Peter | Research Specialist | 10.80 | $585.00 | $6,318.00 |
| Gebo, Rachel | Legal Project Team Leader | 2.2 | $390.00 | $858.00 |
| Shaik, Anjum | Legal Project Analyst | 63.40 | $280.00 | $17,752.00 |
| Giovanetti, Donna | Legal Assistant | 2.2 | $260.00 | $572.00 |
| **TOTAL** | | **404.2** | | 268,586.50 |

14. The hourly rates shown above are charged in all of our cases in which the professionals listed above provide legal service. These hourly rates are the usual and customary rates that Berger charges in contingent and non-contingent matters.

15. The work reflected in the billing includes substantial pre-filing work, including a thorough investigation of the alleged defect, including, *inter alia*, analyzing the nature of the alleged defect; studying complaints made to the National Highway Traffic Safety Administration ("NHTSA") as well as on third-party websites; researching publicly available technical information regarding the gateway control modules in Class Vehicles including through Audi technical manuals, technical service bulletins regarding the gateway control module, and recall information provided to NHTSA; interviewing and collecting documents from nearly one hundred Settlement Class Members; and investigating potential claims.

16. On December 3, 2021, Plaintiffs also mailed a pre-suit notice letter to Defendants regarding their experiences with their vehicles. Plaintiffs filed their initial complaint on January 14, 2022, alleging that their vehicles were defective and asserting claims against VWGoA for, *inter alia*, alleged violation of the consumer statutes of their states of residence, including the Connecticut Unlawful Trade Practices Act, the Florida Deceptive and Unfair Trade Practices Act, and the Illinois Consumer Fraud and Deceptive Business Practices Act, breach of express and implied warranties, and fraud by omission.

17. Other work performed by Berger on this case includes: drafting the complaint; negotiating and entering into a Stipulated Protective Order; exchanging information pertaining to Plaintiffs and members of the putative Class; reviewing

discovery provided by Defendants, including detailed information as to the pertinent design aspects of the Class Vehicles and details about the recall, the recall remedy and its efficacy; engaging in vigorous, arm's length settlement negotiations over the course of several months; preparing the settlement agreement, Class Notice and other related documents; drafting the Preliminary Approval papers; and responding to inquiries from Settlement Class Members.

18.  As Berger's work on this case is ongoing, I anticipate that Berger's lodestar will increase materially from the present date to the date by which this case is finally resolved, in light of work that will be required in connection for and participating in the Final Approval Hearing scheduled for June 19, 2023, continuing to communicate with Class Members, and administering the Settlement.

19.  This litigation required Berger to advance costs. As of March 22, 2023, Berger expended costs in the amount of $1,162.52 to prosecute this action, as follows:

| EXPENSE | AMOUNT |
|---|---|
| Computer Research | $92.01 |
| Postage, Delivery & Freight | $56.11 |
| Reproduction (copying, printing, and scanning) | $295.75 |
| Court Filing Fees | $706.25 |
| DocuSign | $12.40 |
| **TOTAL** | **$1,162.52** |

20. The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other records stored electronically, and are an accurate record of the expense incurred. All of the expenses incurred were reasonable and necessary to the prosecution of this case.

  **C.** **Service Provided by Class Representatives**

21. Each Plaintiff underwent lengthy initial and follow-up interviews by Class Counsel to gather their facts; searching for and producing documents regarding their vehicles and the damages to those vehicles related to liquid intrusion into the gateway control module; agreeing to participate in burdensome evidence preservation obligations for both hardcopy and electronically stored information; review of the complaint; monitoring the overall progress of the litigation; engaging in frequent communications with Class Counsel; and reviewing and approving the settlement agreements.

  **D.** **Proposed Form of Order**

22. The Parties stipulated to a proposed form of order to govern final approval of the Settlement.

23. A copy of the Proposed Final Approval Order will be submitted to the Court in advance of the Final Fairness Hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Lawrence Deutsch*
Lawrence Deutsch

Executed April 6, 2023
