UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MEGHAN GIOFFE, MELISSA ANIDO, and
ALAN WURZELBACHER, individually and
on behalf of a class of similarly situated
individuals,

                                 Plaintiffs,

    vs.

VOLKSWAGEN GROUP OF AMERICA,
INC., a New Jersey corporation, d/b/a AUDI OF
AMERICA, INC., AUDI AG, a German
corporation, and VOLKSWAGEN AG, a
German corporation,

                              Defendants.

Case No. 1:22-cv-00193-NLH-AMD

**DECLARATION OF KIMBERLY O'KANE RE: REQUESTS FOR EXCLUSION,**

**NOTICE AND ADMINISTRATION**

I, **KIMBERLY O'KANE** hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1.      I am an Associate Project Manager with Angeion Group, LLC ("Angeion"), the Claim Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2.      Angeion was retained by the Defendant and appointed by this Court to serve as Claim Administrator and to, among other tasks, provide notice of the Settlement to the Settlement Class, and perform other duties as specified in the Settlement Agreement, Amended Settlement Agreement, and by the directives of the Court, including but not limited to the Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") and the Stipulation and Order to Modify and Amend the Class Settlement, Preliminary Approval Order,

and Associated Timetable Concerning this Preliminarily Approved Class Action Settlement (Dkt. No. 30).

3.      Angeion has administered class action settlements involving millions of class members.  A representative list of the settlements administered by Angeion is available at https://www.angeiongroup.com/cases.php.  Through the administration of the settlements referenced above, Angeion has received, processed, and secured data from defendants and other sources. Angeion has analyzed settlement class member data including performing deduplication, National Change of Address Searches (NCOA) and skip traces.  Angeion has successfully implemented many noticing campaigns involving direct mail and other forms of notice for millions of potential class members. Further, Angeion has analyzed and reported on class member data obtained through submitted claim forms, class member correspondence, objections to the settlement, exclusion requests and other means. Angeion is experienced in the application of complex claim calculations and, where applicable, tax withholding and reporting, as required by federal, state, and local taxing authorities, as well as in reviewing settlement agreements and court orders.

4.      Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendants or Counsel for Defendants.

5.      The purpose of this Declaration is to report to the Court timely received Requests for Exclusion, and to attest that Notice was disseminated in accordance with the Settlement Agreement, Amended Settlement Agreement, and Preliminary Approval Order.

## CAFA NOTICE

6.      On August 19, 2022, pursuant to 28 U.S.C. §1715, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A.**

**CLASS DATA**

7.      The Settlement Class is defined as: "All persons and entities who purchased or leased a Settlement Class Vehicle[1] in the United States of America and Puerto Rico."

8.      On or about November 1, 2022, Angeion received from counsel for Defendant, a list of 289,028 unique Vehicle Identification Numbers ("VINs") of Settlement Class Vehicles.

9.      On or about January 18, 2023, Angeion received from counsel for Defendant a supplemental list of 50,883 additional unique VINs of Settlement Class Vehicles.

10.     Pursuant to the terms of the Settlement Agreement and Preliminary Approval Order, Angeion coordinated with IHS Markit/Polk ("IHS") to obtain from all of the state Departments of Motor Vehicles the names and mailing addresses associated with the VINs of the Settlement Class Vehicles provided by the Defendant. The name and address records provided by IHS encompassed present and former owners and lessees of Settlement Class Vehicles, resulting in 460,073 unique individuals (the "Class List").

**DIRECT NOTICE**

**Mailed Notice**

11.     On March 21, 2023, Angeion caused the Class Notice and Claim Form ("Notice Packet") in the form approved by the Court to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to the 460,073 Settlement Class Members identified on the Class List. True and accurate copies of the Class Notice and Claim Form comprising the Notice Packet are attached hereto as **Exhibit B** and **Exhibit C**, respectively.

---

[1] Settlement Class Vehicle is defined in Section I. (Q) of the Amended Settlement Agreement.

12.     Prior to mailing, the Mailing List was processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

13.     The return address for the Notice Packets is the physical address of Angeion's office. Notice Packets that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Notice Packets that were returned by the USPS without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address.

14.     Prior to the date of this declaration, as a result of the above-described efforts, of the 1,828 Notice Packets returned as undeliverable by the USPS, 1,354 were re-mailed to updated addresses.

15.     As of the date of this declaration, Angeion has received 8,889 additional Notice Packets returned as undeliverable by the USPS. These undeliverable Notice Packets are pending skip trace, and records for which updated addresses are located will be re-mailed to those updated addresses.

## SETTLEMENT WEBSITE

16.     On March 21, 2023, Angeion activated a case-specific website, **www.GCMsettlement.com** (the "Settlement Website"), where Settlement Class Members are able to download and print the Claim Form to be completed and mailed via the USPS. Also on the Settlement Website, Settlement Class Members can easily view general information about this class action Settlement, review relevant Court documents, view important dates and deadlines pertinent to the Settlement, and use the VIN Lookup Tool to verify whether they are Settlement Class Members. This case-specific Settlement Website was designed to be user-friendly and makes

Declaration of Kimberly O'Kane re: Notice & Administration

it easy for Settlement Class Members to find information about the case. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@GCMsettlement.com. As of the date of this declaration, the Settlement Website has received 3,630 website visits by 2,665 unique users totaling 7,111 pageviews.

## TOLL-FREE HOTLINE

17.    On March 21, 2023, Angeion activated the following toll-free number dedicated to this Settlement: 1-888-294-9955. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. The toll-free hotline also allows Settlement Class Members to request a Claim Form be mailed to them, and also provides Settlement Class Members with the option to speak with a live agent during normal business hours. This hotline is accessible 24 hours a day, 7 days a week.  As of the date of this declaration, the toll-free hotline has received 910 calls totaling 4,337 minutes.

## CLAIM FORM SUBMISSIONS, REQUESTS FOR EXCLUSION, AND OBJECTIONS

18.    The deadline for Settlement Class Members to submit a Claim Form is June 14, 2023. As of the date of this declaration, Angeion has received 659 Claim Form submissions. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

19.     The deadline for Settlement Class Members to mail a request for exclusion from the Settlement was April 20, 2023. As of the date of this declaration, Angeion has received 68 exclusion requests.

20.     The deadline for Settlement Class Members to submit an objection to the Settlement was April 20, 2023. As of the date of this declaration, Angeion has not received, nor has it been made aware of any written objections.

21.     Angeion will continue to report to the Parties the number of Claim Form submissions, requests for exclusion, and objections it receives, if any, and will update the Court prior to the Final Fairness Hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 3, 2023

_____

KIMBERLY O'KANE, Declarant

# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

August 19, 2022

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:      Class Action Fairness Act - Notice of Class Action Settlement to Federal and State Officials**
*Gioffe et al. v. Volkswagen Group of America, Inc. et al.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:**  Meghan Gioffe et al. v. Volkswagen Group of America, Inc. d/b/a Audi of America, Inc.
> **Index Number:** 1:22-cv-00193-NLH-AMD
> **Jurisdiction:**  United States District Court, District of New Jersey
> **Date Settlement Filed with Court:**  August 9, 2022
> **Judicial Hearing Scheduled:**  There is currently no hearing scheduled.  A Motion for Preliminary Approval was filed on August 9, 2022. By docket entry dated August 9, 2022, the motion has been set for September 6, 2022, and, unless the court notifies the parties otherwise, it will be decided on the submissions.  Since the Motion for Preliminary Approval has not yet been decided, a Final Fairness Hearing has not yet been scheduled.  Dates may be modified by the court without further notice.

In accordance with the requirements of 28 U.S.C. § 1715, the following documents are enclosed:

1.  **Copy of the Complaint:** *Class Action Complaint* filed on January 14, 2022.  The court has stayed Volkswagen Group of America, Inc.'s time to respond to the Complaint pending its consideration of the Settlement for approval.  No orders relating to the approval process have been issued other than the docket order discussed above.

2.  **Motion for Preliminary Approval of Class Action Settlement, with supporting submissions and proposed order, filed August 9, 2022.**

3.  **Settlement Agreement with Exhibits (including proposed Class Notice and Claim Form)**.

4.  **Class Vehicle Population Chart by State and Puerto Rico.**

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the following counsel for Volkswagen Group of America, Inc.:

Herzfeld & Rubin, P.C.
Michael B. Gallub, Esq.
Brian T. Carr, Esq.
125 Broad Street
New York, New York 10004
(212) 471-8500
mgallub@herzfeld-rubin.com
bcarr@herzfeld-rubin.com

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures: CD-ROM**

2

# EXHIBIT B

# CLASS NOTICE

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

If you currently or previously owned or leased certain Audi Q5, SQ5, Q5 Sportback, SQ5 Sportback, A6, A7, S6, S7, A6 Allroad, RS 6 Avant or RS 7 vehicles, you may be entitled to benefits afforded by a class action settlement. This notice is being mailed to you because you have been identified as owning or leasing such a vehicle.

- **This proposed class action, pending in the United States District Court for the District of New Jersey, is entitled *Gioffe, et al. v. Volkswagen Group of America, Inc. et al.*, Civil Action No. 1:22-cv-00193 (the "Action" or "Lawsuit"). The parties have agreed to a class settlement of the Action and have asked the Court to approve the proposed Settlement. As a Settlement Class Member, you have various options that you may exercise before the Court decides whether to approve the Settlement.**

- **This Notice explains the Action, the proposed Settlement, your legal rights and options, available benefits, who is eligible for and how to obtain the benefits, and applicable dates, time deadlines and procedures.**

- **Your legal rights are affected whether you act or do not act. Read this Notice carefully.**

- **The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made only if the Court approves the Settlement and after appeals, if any, are resolved.**

### BASIC INFORMATION

**1. Why you received this notice, and what the settlement benefits are.**

According to records, you are a current or past owner or lessee of one of the following Audi vehicles that were imported and distributed by Volkswagen Group of America, Inc. ("VWGoA") in the United States or Puerto Rico (hereinafter, collectively, "Settlement Class Vehicles"):

- any 2018, 2019, 2020 or 2021 Audi Q5 or Audi SQ5 vehicle,
- any 2021 Audi Q5 Sportback or Audi SQ5 Sportback vehicle, or
- certain specified 2022 Audi Q5, SQ5, Q5 Sportback or SQ5 Sportback vehicles;, certain specified 2020, 2021 or 2022 Audi S6, Audi S7 or Audi A6 allroad vehicles;, certain specified 2021 or 2022 Audi RS 6 Avant or Audi RS 7 vehicles; and certain specified 2019, 2020, 2021 and 2022 Audi A6 or Audi A7 vehicles. The specific covered vehicles are listed by Vehicle Identification Numbers (VINs) and may be confirmed at www.GCMsettlement.com.

As a current or past owner or lessee of a Settlement Class Vehicle, you are considered a "Settlement Class Member."

The Lawsuit claims that the Gateway Control Modules in Settlement Class Vehicles may potentially malfunction if exposed to liquid ingress or intrusion from certain alleged sources. Defendant VWGoA maintains that the Settlement Class Vehicles and their Gateway Control Modules are not defective, that they function in a proper manner, and that no applicable warranties were breached or statutes violated.

The Court has not decided in favor of either party. Instead, the Lawsuit has been resolved through a Settlement under which the following benefits will be provided:

**I.    Reimbursement for Past Unreimbursed Out-of-Pocket Expenses for a Qualifying Covered Repair of an Audi Q5, SQ5, Q5 Sportback or SQ5 Sportback Settlement Class Vehicle That Was Paid for Prior to March 21, 2023.**

Settlement Class Members may be entitled to reimbursement for certain unreimbursed out-of-pocket expenses that were incurred and paid, prior to March 21, 2023, for the repair or replacement of the Gateway Control Module of an Audi Q5,

**Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com**

SQ5, Q5 Sportback or SQ5 Sportback Settlement Class Vehicle based upon a diagnosed condition of failure or malfunction of the Gateway Control Module resulting from liquid ingress or intrusion ("Covered Repair"), subject to certain proof requirements set forth in the accompanying Claim Form and limitations discussed below.  If the Covered Repair was performed on or after March 18, 2022, then in order to qualify for reimbursement, the Settlement Class Member must also submit proof that either (a) Recall 90S9* was performed on the vehicle prior to the Covered Repair; or (b) the Settlement Class Member was not notified of Recall 90S9 prior to the Covered Repair and that VWGoA's/Audi of America, Inc.'s records do not show otherwise.  Reimbursement may be provided of the full amount (100%) of the paid invoice cost for the repair or replacement of the Gateway Control Module (parts and labor) of the Settlement Class Vehicle, subject to proof requirements set forth in the accompanying Claim Form, and limitations discussed in Section III below.

> \* Recall 90S9 entitled "Gateway Control Module" is applicable to the Audi Q5, SQ5, Q5 Sportback or SQ5 Sportback Settlement Class Vehicles and was issued on January 18, 2022.

However, if the Covered Repair was performed by a service entity or facility that is not an authorized Audi dealer, the Settlement Class Member must also submit documentation (such as a written estimate or invoice), or if documents are not available after a good-faith effort to obtain them, a declaration signed under penalty of perjury, confirming that the Settlement Class Member first attempted to have the Covered Repair performed by an authorized Audi dealer, but the dealer declined or was unable to perform the repair free of charge.  In addition, reimbursement for a Covered Repair performed by a service entity or facility that is not an authorized Audi dealer shall not exceed a maximum reimbursement amount (parts and labor) of $1,450.00.

## II.    Reimbursement for Past Unreimbursed Out-of-Pocket Expenses for a Qualifying Covered Repair of an Audi S6, S7, A6 Allroad, RS 6 Avant, RS 7, A6 sedan or A7 Settlement Class Vehicle That Was Paid for Prior to March 21, 2023.

Settlement Class Members may be entitled to reimbursement for certain unreimbursed out-of-pocket expenses that were incurred and paid, prior to March 21, 2023, for the repair or replacement of the Gateway Control Module of an Audi S6, S7, A6 Allroad, RS 6 Avant, RS 7, A6 sedan or A7 Sportback Settlement Class Vehicle based upon a diagnosed condition of failure or malfunction of the Gateway Control Module resulting from liquid ingress or intrusion ("Covered Repair"), subject to certain proof requirements set forth in the accompanying Claim Form and limitations discussed below.  Reimbursement may be provided of the full amount (100%) of the paid invoice cost for the repair or replacement of the Gateway Control Module (parts and labor) of the Settlement Class Vehicle, subject to proof requirements set forth in the accompanying Claim Form, and limitations discussed in Section III below.

However, if the Covered Repair was performed by a service entity or facility that is not an authorized Audi dealer, the Settlement Class Member must also submit documentation (such as a written estimate or invoice), or if documents are not available after a good-faith effort to obtain them, a declaration signed under penalty of perjury, confirming that the Settlement Class Member first attempted to have the Covered Repair performed by an authorized Audi dealer, but the dealer declined or was unable to perform the repair free of charge.  In addition, reimbursement for a Covered Repair performed by a service entity or facility that is not an authorized Audi dealer shall not exceed a maximum reimbursement amount (parts and labor) of $1,450.00.

## III.    Requirements for and Limitations on Entitlement to Reimbursements Set Forth in Sections I and II Above.

To qualify for reimbursement of past paid and unreimbursed out-of-pocket expenses for a Covered Repair as provided in Section I above, Settlement Class Members must timely comply with the following requirements:

(A)    Any Claim for Reimbursement must contain the required completed and signed Claim Form, a copy of which is attached to this Notice and also available at www.GCMsettlement.com, together with all required documentation and Declaration(s) listed in the Claim Form.

(B)    The fully completed and signed Claim Form, together with all required documentation and Declaration(s), must be mailed to the Claim Administrator by first class mail **post-marked no later than June 14, 2023.**

(C)    Any damage to or malfunction of the Gateway Control Module resulting from misuse, abuse, accident or crash, improper operation, lack of or improper maintenance, and/or damage from an external source, does not qualify for reimbursement, with the exception of unintentional spillage of liquid inside the vehicle which directly caused a failure of the Gateway Control Module.

**Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com**

(D)     If the claimant is not a person to whom the Claim Form was addressed, and/or the vehicle with respect to which a Claim is made is not the vehicle identified by VIN number on the mailed Claim Form, the Claim shall contain proof that the claimant is a Settlement Class Member, that the vehicle is a Settlement Class Vehicle, and that the Settlement Class Member paid for the Covered Repair for which reimbursement is being sought.

(E)     Each Claim for Reimbursement shall include, in the Claim Form, a statement that the Settlement Class Member has not previously been reimbursed, and that no payment, concession or goodwill accommodation or discount(s) were received from any source, for all or part of the out-of-pocket expense for which reimbursement is being sought under this Settlement, or if full or partial reimbursement was previously received, delineate the amount of the payment received and from whom/what source it was received.

(F)     Any reimbursement pursuant to this Settlement shall be reduced by the amount of any payment, concession, or goodwill accommodation or discount(s) already received, from any other source (including VWGoA/Audi of America, Inc., an Audi dealer, an insurer, service contract provider, or extended warranty provider, or any other person or entity) for all or part of the amount of the Covered Repair that is the subject of the Claim for Reimbursement.

### 2. Why is this a class action settlement?

In a class action lawsuit, one or more persons, called Class Representatives, sue on behalf of other people who have similar claims. All of these people are Class Members or Settlement Class Members. The Class Representatives and all Settlement Class Members are called the Plaintiffs and the companies they sued are called the Defendants. One court resolves the issues for all Settlement Class Members, except for those who exclude themselves from the Class.

The Court has not decided in favor of the Plaintiff or Defendant. Instead, both sides agreed to a Settlement with no decision or admission of who is right or wrong. That way, all parties avoid the risks and cost of a trial, and the people affected (the Settlement Class Members) will receive benefits quickly. The Class Representatives and the attorneys believe the Settlement is in the best interest of the Settlement Class.

## WHO IS PART OF THE SETTLEMENT?

### 3. Am I in this Settlement Class?

The Court has conditionally approved the following definition of a Settlement Class Member: All persons or entities who purchased or leased a Settlement Class Vehicle in the United States of America and Puerto Rico.

Excluded from the Settlement Class are (a) all Judges who have presided over the Action and their spouses; (b) all current employees, officers, directors, agents, and representatives of Defendants, and their family members; (c) any affiliate, parent, or subsidiary of Defendants and any entity in which any Defendant has a controlling interest; (d) anyone acting as a used car dealer; (e) anyone who purchased a Settlement Class Vehicle for the purpose of commercial resale; (f) anyone who purchased a Settlement Class Vehicle with salvaged title and/or any insurance company who acquired a Settlement Class Vehicle as a result of a total loss; (g) any insurer of a Settlement Class Vehicle; (h) issuers of extended vehicle warranties and service contracts; (i) any Settlement Class Member who, prior to the date of final approval of the Settlement, settled with and released any Defendant or any Released Party from any Released Claims; and (j) any Settlement Class Member who files a timely and proper Request for Exclusion from the Settlement Class.

### 4. I'm still not sure if I am included in this Settlement.

If you are still not sure whether you are included in this Settlement, you can get more information. You can call 1-888-294-9955 or visit www.GCMsettlement.com for more information.

## SETTLEMENT BENEFITS – WHAT YOU GET

### 5. What does the Settlement provide?

The benefits afforded by the Settlement are described in Section 1. Additional details are provided in the next three sections.

Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com

3

## 6. Who can send in a Claim for reimbursement?

Any United States or Puerto Rico resident who purchased or leased a Settlement Class Vehicle can send in a timely Claim for cash reimbursement for money spent prior to the Notice Date (date of this Notice) if the Claim satisfies the parameters and criteria required for reimbursement described in Section 1.

## 7. How do I send in a Claim for reimbursement?

To submit a Claim for reimbursement, you must do the following within the required June 14, 2023 deadline:

- A. Complete, sign under penalty of perjury, and date a Claim Form (there is one enclosed with this Class Notice, and you can also download one at www.GCMsettlement.com.) It is recommended that you keep a copy of the completed Claim Form; and

- B. Mail the completed, signed, and dated Claim Form and your supporting documentation (i.e., repair record[s], receipts, proof of payment, etc.) by First-Class mail, to the address provided on the Claim Form. The information that must be reflected in your records is described on the Claim Form. It is recommended that you keep a copy of your records and receipts.

If you are eligible for reimbursement benefits under the Settlement but fail to submit the completed Claim Form and supporting documents by the required deadline, you will not receive a reimbursement.

## 8. When do I get my reimbursement or learn whether I will receive a payment?

If the Settlement Claim Administrator determines your Claim is valid, your reimbursement will be mailed to you within one hundred (100) days of the date of receipt of the completed Claim, or within one hundred (100) days after the Settlement becomes final, which is called the "Effective Date", whichever is later. The Court will hold a Fairness Hearing on **June 20, 2023 at 2:00 p.m.**, to decide whether to approve the Settlement as fair, reasonable, and adequate. Information about the progress of the case will be available at www.GCMsettlement.com.

If the Claims Administrator determines your Claim should not be paid, you will be mailed a letter telling you this. If the reason for rejecting your Claim is due to a deficiency in your Claim Form and/or supporting proof, the letter will notify you of the deficiency in your Claim and what needs to be submitted and by when, to correct the deficiency. To check on the status of your Claim, you can call 1-888-294-9955.

## 9. What am I giving up to participate in the Settlement and stay in the Class?

Unless you exclude yourself by taking the steps described in Section 10 below, you are staying in the Class, and that means that you will be bound by the release of claims and cannot sue, continue to sue, or be part of any other lawsuit about the same matters, claims, and legal issues that were or could have been asserted in this case and the Released Claims set forth in the Settlement Agreement. It also means that all of the Court's orders and judgments will apply to you and legally bind you. The specific claims and parties you will be releasing are set forth in sections I.O, I.P, and VIII.D. of the Settlement Agreement, a copy of which is available for review on the settlement website, www.GCMsettlement.com.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

## 10. How do I Exclude Myself from this Settlement?

**You have a right, if you so desire, to exclude yourself from this Settlement.** To exclude yourself from the Settlement, you must send a written Request for Exclusion by U.S. mail **post-marked no later than April 20, 2023**, stating clearly that you want to be excluded from the Settlement. You must include in the Request for Exclusion your full name, address, telephone number; the model, model year and VIN of the Settlement Class Vehicle; a statement that you are a present or former owner or lessee of a Settlement Class Vehicle; and specifically and unambiguously state your desire to be excluded from the Settlement Class. You must mail your exclusion request **post-marked no later than April 20, 2023**, to:

Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com

4

| CLAIMS ADMINISTRATOR | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| GCM SETTLEMENT CLAIMS ADMINISTRATOR ATTN: EXCLUSIONS P.O. BOX 58220 PHILADELPHIA, PA 19102 | LAWRENCE DEUTCH, ESQ. BERGER MONTAGUE, P.C. 1818 MARKET STREET SUITE 3600 PHILADELPHIA, PA 19103 | MICHAEL B. GALLUB, ESQ. SHOOK HARDY & BACON 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, NY 10020 |

You cannot exclude yourself on the phone or by email. If you timely submit your request to be excluded by U.S. mail, you will not receive any benefits of the Settlement and you cannot object to the Settlement. You will not be legally bound by anything that happens in this Lawsuit.

### 11. If I don't exclude myself, can I sue later?

No, not for the same matters and legal claims that were or could have been asserted in the Action, unless your claim is for personal injury or property damage (other than damage to the Settlement Class Vehicle itself).

### 12. If I exclude myself, can I get the benefits of this Settlement?

No, if you exclude yourself from the Settlement Class, you won't receive any money or benefits from this Settlement, and you should not submit a Claim Form. You cannot do both.

### 13. Do I have a lawyer in this case?

The Court has appointed the law firm of Berger Montague PC to represent Settlement Class Members. This law firm is called "Class Counsel."

### 14. Should I get my own lawyer?

You do not need to hire your own lawyer to participate in the Settlement because Class Counsel will be representing you and the Settlement Class. But, if you want your own lawyer, you may hire one at your own cost.

### 15. How will the lawyers be paid, and will the Plaintiff Settlement Class Representative receive an incentive award?

Class Counsel have prosecuted this case on a contingency basis. They have not received any fees or reimbursement for costs and expenses associated with this case. Class Counsel will file an application with the Court requesting an award of reasonable attorney fees and reasonable costs and expenses ("Fees and Expenses") in an amount not exceeding a combined total sum of $495,000.00. VWGoA has agreed not to oppose Class Counsel's application for Fees and Expenses to the extent not exceeding that combined total sum, and Class Counsel have agreed not to accept any Fees and Expenses in excess of that combined total sum. You won't have to pay these Fees and Expenses. Any Fees and Expenses awarded to Class Counsel will not affect your Settlement amount.

Class Counsel will also apply to the Court for a service award to the named Plaintiffs, Meghan Gioffe, Melissa Anido, and Alan Wurzelbacher, who have conditionally been approved as Settlement Class Representatives, in the amount of $5,000.00 each for their efforts in pursuing this litigation for the benefit of the Settlement Class.

Any award for Class Counsel Fees and Expenses, and any service award, will be paid by Defendant and will not reduce any benefits available to you or the rest of the Settlement Class under the Settlement.

Class Counsel's motion for fees and expenses and Settlement Class Representatives' service award will be filed by **April 7, 2023,** and a copy will be made available for review at www.GCMsettlement.com.

### SUPPORTING OR OBJECTING TO THE SETTLEMENT

Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com

5

**16. How do I tell the Court that I like or dislike the Settlement?**

**If you are a member of the Settlement Class and do not request to be excluded, you can tell the Court you like the Settlement and it should be approved, or you can ask the Court to deny approval by filing a written objection. You can object to the Settlement and/or to Class Counsel's requests for Fees and Expenses and Settlement Class Representative service awards.** You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval of the Settlement, no settlement payments will be sent out and the Lawsuit will continue. If that is what you want to happen, you must object on a timely basis. You are not required to submit anything to the Court unless you are objecting or wish to be excluded from the Settlement.

To object to or comment on the Settlement, you must do either of the following:

(i) File your written objection or comment, and any supporting papers or materials, on the Court's docket for this case, *Gioffe, et al. v. Volkswagen Group of America, Inc., et al.,* United States District Court for the District of New Jersey, Civil Action No. 1:22-cv-00193, via its electronic filing system, no later than **April 20, 2023, or**

(i) You may do so by filing your written objection or comment, and any supporting papers or materials, with the Court in person at any location of the United States District Court for the District of New Jersey, no later than **April 20, 2023, or**

(ii) You may do so by mailing the written objection or comment, and any supporting papers or materials, to the Honorable Noel L. Hillman, United States District Judge, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Room 1050, Camden, NJ 08101, and

to the following by U.S. first-class mail, post-marked no later than **April 20, 2023**:

| CLAIMS ADMINISTRATOR | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| GCM SETTLEMENT CLAIMS ADMINISTRATOR ATTN: OBJECTIONS P.O. BOX 58220 PHILADELPHIA, PA 19102 | LAWRENCE DEUTCH, ESQ. BERGER MONTAGUE, P.C. 1818 MARKET STREET SUITE 3600 PHILADELPHIA, PA 19103 | MICHAEL B. GALLUB, ESQ. SHOOK HARDY & BACON 1 ROCKEFELLER PLAZA, 28TH FLOOR NEW YORK, NY 10020 |

Regardless of the above method you choose, your written objection must state clearly that you are objecting to the Settlement in *Gioffe, et al. v. Volkswagen Group of America, Inc., et al.,* Civil Action No. 1:22-cv-00193, and must include your full name, current address and telephone number; the model, model year and VIN of your Settlement Class Vehicle, along with proof that you own(ed) or lease(d) the Settlement Class Vehicle (i.e., a true copy of a vehicle title, registration or license receipt); a written statement of all your factual and legal grounds for objecting; copies of any papers, briefs and/or other documents upon which the objection is based and which are pertinent to the objection; and the name, address, and telephone number of any counsel representing you. Any Settlement Class Member objecting to the Settlement must also provide a detailed list of any other objections submitted by the objector, or the objector's counsel, to any class action settlements in any court in the United States in the previous five (5) years, including the full case name with jurisdiction in which it was filed and the docket number, or affirmatively state that the Settlement Class Member or his/her counsel has not objected to any other class action settlement in the United States in the previous five (5) years, in the written materials provided with the objection.

Subject to the approval of the Court, any objecting Settlement Class Member may appear, in person or by counsel, at the Fairness Hearing. In order to appear, the objecting Settlement Class Member must, by the objection deadline of **April 20, 2023**, file with the Clerk of the Court and serve upon all counsel designated in the Class Notice, a Notice of Intention to Appear at the Fairness Hearing. The Notice of Intention to Appear must include copies of any papers, exhibits or other evidence and identity of witnesses that the objecting Settlement Class Member (or his/her counsel) intends to present to the Court in connection with the Fairness Hearing.

Any Settlement Class Member who does not submit a written comment on or objection to the proposed Settlement or the application of Class Counsel for service awards or attorneys' Fees and Expenses in accordance with the deadline

**Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com**

6

and procedure set forth herein, or who does not submit a Notice of Intention to Appear in accordance with the deadline and procedure set forth herein, may waive his/her right to be heard at the Fairness Hearing and to appeal from any order or judgment of the Court concerning this Action.

## 17. What is the difference between objecting and excluding myself?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class and the Settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

### FAIRNESS HEARING

## 18. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Fairness Hearing at **2:00 p.m. on June 20, 2023,** before Judge Noel L. Hillman at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Room 1050, Camden, NJ 08101, to determine whether the Settlement should be finally approved. At this Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider Class Counsel's application for attorneys' Fees and Expenses and a service award to the Class Representative.

## 19. Do I have to come to the Fairness Hearing?

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. You may also pay your own lawyer to attend, but it is not necessary for your objection to be considered by the Court.

## 20. May I speak at the Fairness Hearing?

If you do not exclude yourself, you may ask the Court's permission to speak at the Fairness Hearing concerning the proposed Settlement or the application of Class Counsel for attorneys' Fees and Expenses and Settlement Class Representative service award. To do so, you must file with the Clerk of the Court and serve upon all counsel designated in the Class Notice a Notice of Intention to Appear at the Fairness Hearing, saying that it is your intention to appear at the Fairness Hearing in *Gioffe, et al. v. Volkswagen Group of America, Inc., et al.,* Civil Action No. 1:22-cv-00193. The Notice of Intention to Appear must include copies of any papers, exhibits or other evidence and the identity of witnesses that the objecting Settlement Class Member (or the objecting Settlement Class Member's counsel) intends to present to the Court in connection with the Fairness Hearing.

**You must file your Notice of Intention to Appear with the Clerk of the Court and serve upon all counsel designated in the Class Notice, by the objection deadline of April 20, 2023.** You cannot speak at the Fairness Hearing if you excluded yourself from the Settlement.

### IF YOU DO NOTHING

## 21. What happens if I do nothing at all?

If you do nothing, you will be bound by the Settlement if the Court approves it.

### MORE INFORMATION

## 22. Where can I get more information?

Visit the website at www.GCMsettlement.com where you can find extra Claim Forms, a copy of the Settlement Agreement and other pertinent documents, and more information on this Litigation and Settlement. Updates regarding the Action, including important dates and deadlines, will also be available on the website. You may also call the Claims Administrator at 1-888-294-9955 or email info@GCMsettlement.com.

**Questions? Call 1-888-294-9955 or visit www.GCMsettlement.com**

**[THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# EXHIBIT C

## AUDI GATEWAY CONTROL MODULE SETTLEMENT
## REIMBURSEMENT CLAIM FORM

You Must Timely Complete, Sign and Submit This Form and Provide the Specified Records and Declaration(s) to Receive Reimbursement of Out-of-Pocket Expenses Paid for a Covered Repair of a Gateway Control Module **Prior to March 21, 2023**, Under the terms of the Settlement Agreement in *Gioffe, et al. v. Volkswagen Group of America, Inc., et al.*, No. 1:22-cv-00193 (U.S. Dist. Ct., Dist. of New Jersey)

NOTICE ID:

<<FIRSTMILASTNAME1>>
<<ADDRESS1>>
<<ADDRESS2>>                                          <<TELEPHONE NUMBER>>
<<ADDRESS3>>                                          <<VIN>>
<<CITY>> <<ST>> <<ZIPCODE>>                           <<VEHICLE MAKE>>
                                                      <<VEHICLE MODEL>>

### STEPS FOR SUBMITTING A CLAIM FOR REIMBURSEMENT:

(1)    Verify Your Contact Information:

If your contact information is incorrect, please correct it in the boxes provided below:

*First Name:*                                    *MI:*   *Last Name:*

*Address:*

*City:*                                                  *State:*   *ZIP Code:*

*Telephone Number:*

*Vehicle ID Number (VIN):*

*Vehicle Make:*                                  *Vehicle Model:*

(2)    Provide a repair invoice, receipt, or other records (original or legible copies) for the repair:

The repair invoice, receipt, or records MUST include the following information:

(a)    Your name;

(b)    The year, Audi model (Q5, SQ5, Q5 Sportback, SQ5 Sportback, S6, S7, A6 sedan, A6 allroad, RS 6 Avant, A7 or RS 7) and Vehicle Identification Number (VIN) of your Settlement Class Vehicle that was repaired;

(c)    The name and address of the authorized Audi dealership or other service facility that performed the repair;

(d)    The date of the repair of your Settlement Class Vehicle;

(e)    That the repair was for a diagnosed condition of failure or malfunction of the Gateway Control Module resulting from liquid ingress or intrusion, and that it was performed prior to March 21, 2023.

(f)    A description of the repair performed, including the parts repaired/replaced and a breakdown of the parts and labor costs;

(g)    The amount paid for the repair and proof of that payment;

(h)    Proof of the Settlement Class Member's payment for the repair work performed, including the amount paid.

1

(i) **If the repair was not performed by an authorized Audi dealer**: You must also submit, in addition to the above, documentation (such as a written estimate or invoice) confirming that prior to having it performed, you first attempted to have the repair performed by an authorized Audi dealer and that the dealer would not or was unable to perform the repair free of charge.  If you are unable to obtain such documentation despite a good faith effort to do so, you may, instead, submit with your completed Claim Form, a signed Declaration attesting to this fact and setting forth the good faith efforts you made to obtain the documentation.  A form "Declaration of Initial Dealer Repair Request" is available on the settlement website, www.GCMsettlement.com, or by contacting the Claim Administrator.

(j) **If the repair was performed on an Audi Q5, SQ5, Q5 Sportback or SQ5 Sportback Settlement Class Vehicle on or after March 18, 2022:**  You must also submit documentation (such as a written invoice, receipt or similar record) confirming that Recall 90S9 (Gateway Control Module) was previously performed on your vehicle, the date it was performed and the Audi dealership that performed it.  If Recall 90S9 was not previously performed on the vehicle because you were not aware of that Recall, you must, instead, submit with your completed Claim Form, a signed Declaration attesting, under penalty of perjury, that you were not notified of the availability of Recall 90S9 prior to the repair for which you seek reimbursement.  A form "Declaration Regarding Recall 90S9" is available on the settlement website, www.GCMsettlement.com, or by contacting the Claim Administrator.

(2) State the total Dollar Amount Claimed For Reimbursement for the Paid Repair(s): $ ☐☐☐☐ . ☐☐

(3) For the amount of the repair cost for which you are seeking to be reimbursed, did you  receive any payment, concession, or goodwill accommodation or discount(s) for all or any part of that amount from any source, including from VWGoA/Audi of America, Inc., an Audi dealership, an insurer, service contract provider, or extended warranty provider, or from any other person or entity?

☐ Yes    ☐ No

If you answered YES, list the total amount of the cost for which you received payment, concession or  goodwill accommodation or discount(s), and provide information regarding the source(s) of such payment(s):

$ ☐☐☐ . ☐☐

_____

_____

_____

(4) Sign & Date:

All the information that I (we) supplied in this Claim Form is true and correct to the best of my  (our) knowledge and belief, and this document is signed under penalty of perjury.

| | |
|---|---|
| SIGNATURE | Date: ☐☐ ☐☐ ☐☐☐☐ |
| | MM  DD  YYYY |

(5) Mail Claim Form and all Documents/Paperwork, postmarked no later than June 14, 2023, to:

GCM Settlement
Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**For more information, please view the Class Notice, call the Claims Administrator at 1-888-294-9955,**

**or visit  www.GCMsettlement.com**

2