# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGHAN GIOFFE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*,<br><br>Defendants. | No. 1:22-cv-00193-NLH-AMD<br><br>Motion Date: June 20, 2023 |

### SUPPLEMENTAL DECLARATION OF LAWRENCE DEUTSCH IN SUPPORT OF PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF ATTORNEY'S FEES, EXPENSES, AND CLASS REPRESENTATIVES' SERVICE AWARDS

I, Lawrence Deutsch, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the Commonwealth of Pennsylvania and the State of New Jersey and this District Court as well as before the United State Court of Appeals for the First, Second, Third, Fourth, Ninth, and Eleventh Circuits; the United States District Courts of the Eastern District of Pennsylvania, Colorado, and the Western District of New York; and the United States Court of Federal Claims.

2. I am a Shareholder of Berger Montague PC ("Berger"), one of the counsel of record ("Class Counsel") for Plaintiffs Meghan Gioffe, Melissa Anido,

and Alan Wurzelbacher ("Plaintiffs"). I submit this supplemental declaration in support of Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement pursuant to Federal Rules of Civil Procedure 23, for an Order and Judgment: (1) granting final approval of the parties' proposed class action settlement; (2) granting final appointment of Meghan Gioffe, Melissa Anido and Alan Wurzelbacher as Settlement Class Representatives; Berger Montague PC as Settlement Class Counsel and Angeion Group ("Angeion" or "Claims Administrator") as Settlement Claims Administrator; (3) directing the implementation of the Settlement in accordance with the terms and conditions of the Settlement Agreement;, (4) granting class certification for settlement purposes only; and (5) dismissing the Action with prejudice upon the Effective Date.

3. I also submit this supplemental declaration in support of Plaintiffs' Motions for Final Approval of Class Action Settlement and Approval of Attorney's Fees, Expenses, and Class Representatives Service Awards pursuant to Federal Rules of Civil Procedure 23 Order awarding: (1) attorneys' fees and expenses in the amount of $490,000 to Class Counsel; and (2) a service award in the amount of $5,000 to each Plaintiff as the named Class Representatives.

A. **Status of Notice Program**

4. Since Plainitffs' Motion for Final Approval dated April 7, 2023, Angeion has continued to handle inquiries from Class Members. The Settlement

website and toll-free information line went live on March 21, 2023 and, to date, the Settlement website has received 4,242 website visits by 3,132 unique users totaling 8,267 pageviews. Declaration of Kimberly O'Kane of Angeion attached hereto as **Exhibit A**, at ¶4.

5. As of the date of this Declaration, Angeion has received 753 requests for reimbursement for covered repair costs from Class Members. *Id*. at ¶ 6.

6. As of the date of this Declaration, no Class Member has objected to the Settlement and the deadline for any such objections has passed. Defendant's counsel is submitting the list of exclusions in its concurrent submission.

7. Angeion will continue to provide periodic reports to Class Counsel to present the most up to date information regarding contact from Settlement Class Members.

B. **Berger's Lodestar and Expenses**

8. Berger's work on this case is ongoing. As such, Plaintiffs' Counsel has expended an additional 75.5 hours (not including any additional time to prepare and appear at the hearing for final approval) since the Motion for Final Approval in continuing to communicate with Class Members and administering the Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed May 24, 2023*          */s/ Lawrence Deutsch*
                                 Lawrence Deutsch