UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden                                June 20, 2023

JUDGE NOEL L. HILLMAN                         Proceeding Date:
Court Reporter: Carol Farrell

**Title of Case:**                            Civil # 22-00193 (NLH-AMD)

MEGHAN GIOFFE, et al
    Plaintiffs,

  v.

VOLKSWAGEN GROUP OF
AMERICA, INC., et al.
    Defendants.

**Appearances:**
Lawrence Deutsch, Esq. for plaintiffs.
Homer B. Ramsey, Esq. for defendants.

**Nature of Proceedings:**   MOTION/FINAL FAIRNESS HEARING

Final Fairness settlement hearing held.
Hearing on plaintiff's [33] Motion for Final Approval of Class Action Settlement and [34] Motion for Attorney Fees
Ordered [33,34] motions Granted.
Order to be filed.

Time Commenced: 2:14 p.m.  Time Adjourned: 3:10 p.m. Total time: 56 min.

                                        s/ GN, Deputy Clerk