## *Gioffe, et al. v. Volkswagen Group of America, Inc., et al.*

## Exclusions from Class Settlement

1. Alden, Cheryl D.; VIN ███████████████ 2065009
2. Aranda, Humberto; VIN ███████████████ N090932
3. Arnold, Elaine; VIN ███████████████ 2012979
4. Basak, Rajnarayan; VIN ███████████████ 2125493
5. Berman, Melvin; VIN ███████████████ N036133
6. Carera, Henry; VIN ███████████████ N002350
7. Castillo, Lidia; VIN ███████████████ 2230875
8. Colunga, Christian; VIN ███████████████ 2070761
9. Eckhardt, Michael J.; VIN ███████████████ 2057211
10. Esposito, Robert; VIN ███████████████ N032105
11. Ferguson, Kyle; VIN ███████████████ N049725
12. Francisco, Gerardo M.; VIN ███████████████ 2130509
13. Gaelick, Ed; VIN ███████████████ N067318
14. Gibson, Casey; VIN ███████████████ N009731
15. Giles, Melecio; VIN ███████████████ 2080062
16. Giles, Melecio; VIN ███████████████ 2030302
17. Gorberg, David; VIN ███████████████ 2066563
18. Gorsen, Fred; VIN ███████████████ 2227554
19. Gulur, Srinivas; VIN ███████████████ 2134426
20. Hall, Curtis Ray; VIN ███████████████ N052557
21. Heinrich, Hans-Werner; VIN ███████████████ 2006638
22. Ilardi, Shawn; VIN ███████████████ 2061054
23. Iserman, Scott Wesley; VIN ███████████████ N112015
24. Jain, Nieraj; VIN ███████████████ 2044286
25. Jurich, Silva; VIN ███████████████ 2006638
26. Kim, Kenneth; VIN ███████████████ N104872
27. Kim, Min S.; VIN ███████████████ 2055832
28. King, Robin Smith; VIN ███████████████ 2084502
29. Lagemann, Ramana; VIN ███████████████ N091100
30. Lagemann, Ramana; VIN ███████████████ 2029921

31. Lautzenheiser, Todd; VIN ███████████ 2029921
32. Lerman, Vitality; VIN ███████████ N093823
33. Lunsford, Shane Noel; VIN ███████████ 2199255
34. Lutz, Victoria M.; VIN ███████████ 2095586
35. Mariani, Allison; VIN ███████████ 2099438
36. Mariani, Serafiano; VIN ███████████ 2099438
37. Mercuri, Natale; VIN ███████████ 2103879
38. Moghtader, Rakhamim; VIN ███████████ 2231605
39. Murphy, William P.; VIN ███████████ 2022099
40. Painter, Kimberly; VIN ███████████ 2027487
41. Palacio, Lucas; VIN ███████████ 2046065
42. Partridge, Allen P.; VIN ███████████ 2110402
43. Parodi, Emilio; VIN ███████████ 2180546
44. Raburn, Mary Anne; VIN ███████████ N109043
45. Ritch, Diana; VIN ███████████ N093823
46. Ross, Douglas; VIN ███████████ N064266
47. Sam, Gustavo A.; VIN ███████████ 2048265
48. Sam, Nohemy G.; VIN ███████████ 2048265
49. Sanders, Claudia; VIN ███████████ N064266
50. Stamps, Vivian L.; VIN ███████████ 2062904
51. Sun, Thalis; VIN ███████████ 2083907
52. Sutton, Lindsay; VIN ███████████ 2070761
53. Tagvoryan, Abraham; VIN ███████████ N900891
54. Tinker McKillop, Kathy, VIN ███████████ 2077415
55. Tokar, David John; VIN ███████████ 2085007
56. Trajcevski, Depsina; VIN ███████████ 2039219
57. Tyrrell, Wade Alan; VIN ███████████ 2004370
58. Urena, Dianne Flores; VIN ███████████ 2219663
59. Veszpremi, Marcell; VIN ███████████ N102018
60. Watson, Francis C.; VIN ███████████ 2043363
61. Wu, Asam; VIN ███████████ 2032048
62. Zeiss, Brent Casey; VIN ███████████ N027056
63. Zhang, Congyu; VIN ███████████ 2064766